# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ALLEN JAMEL ROBINSON** <br> LA. DOC #551349 | CIVIL ACTION NO. 3:17-0247 |
| | SECTION P |
| **VERSUS** | |
| | JUDGE ROBERT G. JAMES |
| **DARRELL VANNOY** | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner Allen Jamel Robinson's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is **DENIED and DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 1st day of August, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE